# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. ***(See instructions on next page of this form.)***

## I. (a) PLAINTIFFS

Advanced Spinal Care & Associates LLC d/b/a The Advanced Spine Center and Jason E. Lowenstein MD, PLLC

**(b)** County of Residence of First Listed Plaintiff
***(Except in U.S. plaintiff cases)***

**(c)** Attorneys *(firm name, address, and telephone number)*

Jon Corey (McKool Smith, P.C., 1717 K Street NW, Suite 1000, Washington, D.C. 20006, (202) 370-8300) (see attached)

## DEFENDANTS

MultiPlan Corp., et al. (see attached)

County of Residence of First Listed Defendant
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

Attorneys *(If Known)*

Brendan A. McShane (Latham & Watkins, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111, (415) 391-0600) (see attached)

## II. BASIS OF JURISDICTION *(Check **one** box, only.)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government not a party.)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate citizenship of parties in Item III.)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only.)*

*(Check **one** box, only for plaintiff and **one** box for defendant.)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Check **one** box, only.)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loan (Excludes Veterans)
- ☐ 153 Recovery of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**PROPERTY RIGHTS**
- ☐ 820 Copyright
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729 (a))
- ☐ 400 State Reapportionment
- ☒ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 485 Telephone Consumer Protection Act (TCPA)
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Arts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 445 Amer. w/ Disabilities- Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus – Alien Detainee (Prisoner Petition)
- ☐ 465 Other Immigration Actions

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAXES**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant
- ☐ 871 IRS—Third Party 26 USC 7609

## V. ORIGIN *(Check **one** box, only.)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District (specify)
- ☐ 6 Multidistrict Litigation - Transfer
- ☒ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION ( Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

Conspiracy to restrain trade under 15 U.S.C. § 1

## VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)

## VIII. REQUESTED IN COMPLAINT:

☐ Check if this is a **class action** under Rule 23, F.R.CV.P.

**Demand $**

**CHECK Yes only if demanded in complaint:**
**Jury Demand:** ☐ Yes ☐ No

## IX. RELATED CASE(S) IF ANY *(See instructions):*

Judge Hon. Matthew F. Kennelly  Case Number 1:24-cv-06795

## X. Is this a previously dismissed or remanded case?

☐ **Yes** ☒ **No** **If yes, Case #** **Name of Judge**

**Date:** January 3, 2025  **Signature of Attorney of Record** /s/ Jon Corey

CIVIL COVER SHEET (ATTACHMENT)

**I(a)**

**Plaintiffs**: Advanced Spinal Care & Associates LLC d/b/a The Advanced Spine Center and Jason E. Lowenstein MD, PLLC.

**Defendants**: MultiPlan Corp., MultiPlan, Inc., Viant, Inc., Viant Payment Systems, Inc., National Care Network, LP, National Care Network, LLC, Medical Audit & Review Solutions, Inc., Aetna, Inc, The Cigna Group, UnitedHealth Group, Inc., United Medical Resources Inc., Elevance Health, Inc. f/k/a Anthem, Inc., and Anthem Blue Cross, Inc. f/k/a Empire Blue Cross.

**I(b)**

**Plaintiffs' Counsel**:

- **Jon Corey** (McKool Smith, P.C., 1717 K Street NW, Suite 1000, Washington, D.C. 20006, (202) 370-8300)
- **David Schiefelbein** (McKool Smith, P.C., 1301 Avenue of the Americas, 32nd Floor, New York, New York 10001, (212) 402-6400)
- **Hal M. Shimkoski** (McKool Smith, P.C., 1301 Avenue of the Americas, 32nd Floor, New York, New York 10001, (212) 402-6400)

**I(b) (continued)**

**Defendants' Counsel:**

MultiPlan, Inc.

- **Anna M. Rathbun** (Latham & Watkins, 555 Eleventh Street, NW, Suite 100, Washington, DC 20004, (202) 637-2200)
- **Molly M. Barron** (Latham & Watkins, 555 Eleventh Street, NW, Suite 100, Washington, DC 20004, (202) 637-2200)
- **Brendan A. McShane** (Latham & Watkins, 505 Montgomery Street, Suite 2000, San Francisco, CA 9411, (415) 391-0600)
- **Sadik Harry Husney** (Latham & Watkins, 505 Montgomery Street, Suite 2000, San Francisco, CA 9411, (415) 391-0600)
- **Gary Feinerman (**Latham & Watkins LLP**,** 330 N Wabash Avenue**,** Suite 2800**,** Chicago, IL 60611, (312) 876-7700)

- **Katherine A. Rocco** (Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 (212) 906-1200)
- **Lawrence E. Buterman** (Latham & Watkins LLP, 1271 Avenue of the Americas, New York, NY 10020 (212) 906-1200)
- **Errol J. King** (Baker Donelson Bearman Caldwell & Berkowitz PC, 450 Laurel Street, Chase Tower North, 20th Floor, Baton Rouge, LA 70801, (225) 381-7000)
- **Brittany Holt Alexander** (Phelps Dunbar LLP, II City Plaza, 400 Convention Street, Suite 1100, Baton Rouge, LA 70802, (225) 376-0279)
- **Katherine Mannino** (Phelps Dunbar LLP, II City Plaza, 400 Convention Street, Suite 1100, Baton Rouge, LA 70802, (225) 376-7960)
- **Taylor Crousillac** (Phelps Dunbar LLP, II City Plaza, 400 Convention Street, Suite 1100, Baton Rouge, LA 70802, (225) 376-0219)
- **Craig Lewis Caesar** (Phelps Dunbar LLP, 365 Canal Street, Suite 200, New Orleans, LA 70130, (504) 584-9272)

Multiplan Corp., Viant, Inc., Viant Payment Systems, Inc. & National Care Network, LLC

- **Brendan A. McShane** (see above for address)
- **Gary Feinerman** (see above for address)
- **Katherine A. Rocco** (see above for address)
- **Lawrence E. Buterman** (see above for address)
- **Sadik Harry Husney** (see above for address)

Aetna, Inc.

- **Feyilana Lawoyin** (Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024, (202) 434-5844)
- **Jonathan Pitt** (Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024, (202) 434-5341)
- **Katherine Anne Trefz** (Williams & Connolly LLP, 680 Maine Avenue SW, Washington, DC 20024, (202) 434-5038)

Cigna Group

- **Chelsea Edith Rae Cosillos (**McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017-3852, (212) 547-5356)
- **Daniel Ray Campbell (**McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606, (312) 984-2167)
- **Dmitriy Tishyevich (**McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017-3852, (212) 547-5534)
- **Emilie Elizabeth O'toole (**McDermott Will & Emery LLP, 444 West Lake Street, Suite 4000, Chicago, IL 60606, (312) 984-7782)
- **Joshua B. Simon (**McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017-3852, (212) 547-5630)
- **Warren Haskel (**McDermott Will & Emery LLP, One Vanderbilt Avenue, New York, NY 10017-3852, (212) 547-5533)
- **William P. Donovan, Jr. (**McDermott Will & Emery LLP, 2049 Century Park East, Suite 3200, Los Angeles, CA 90067, (310) 277-4110)

UnitedHealth Group, Inc. & United Medical Resources Inc.

- **Eric Y. Choi (**Neal**,** Gerber & Eisenberg, Two North LaSalle Street, Suite 1700, Chicago, IL 60602, (312) 827-1053)
- **Scott Jared Fisher (**Neal**,** Gerber & Eisenberg, Two North LaSalle Street, Suite 1700, Chicago, IL 60602, (312) 269-8035)
- **Heather L Richardson (**Gibson, Dunn & Crutcher LLP, 333 South Grand Avenue, Los Angeles, CA 90071-3197 (213) 229-7000)
- **Henry H Cornillie (**Gibson, Dunn & Crutcher LLP, One Embarcadero Center, Suite 2600, San Francisco, CA 94111, (415) 470-3640)
- **Joshua Lipton (**Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, NW, Washington, DC 20006, (202) 955-8226)
- **Kristen C. Limarzi (**Gibson, Dunn & Crutcher LLP, 1700 M Street, NW, Washington, DC 20036, (202) 887-3518)
- **Rachel Susan Brass (**Gibson, Dunn & Crutcher LLP, One Embarcadero Center, Suite 2600, San Francisco, CA 94111-3715, (415) 393-8293)

Elevance Health, Inc. f/k/a/ Anthem, Inc. & Anthem Blue Cross, Inc. f/k/a Empire Blue Cross

- **E. Desmond Hogan** (Hogan Lovells US LLP, 555 13th Street, NW, Washington, DC 20004 (202) 637-5493)

- **Jordan Daniel Teti** (Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067, (310) 785-4600)

- **Justin W. Bernick** (Hogan Lovells US LLP, 555 Thirteenth Street, NW, Washington, DC 20004, (202) 637-5485)

**Defendants' Principal Place of Business**

- **MultiPlan Corp.** – 115 Fifth Avenue, 7th Floor, New York, NY 10003

- **MultiPlan, Inc.** – 115 Fifth Avenue, 7th Floor, New York, NY 10003

- **Viant, Inc.** – 535 E. Diehl Road, Naperville, IL 60563

- **Viant Payment Systems, Inc.** – 535 E. Diehl Road, Naperville, IL 60563

- **National Care Network, LP** – 222 W Las Colinas Boulevard, Suite 1500N, Irving, TX 75039

- **Medical Audit & Review Solutions, Inc.** – 222 W Las Colinas Boulevard, Suite 1500N, Irving, TX 75039

- **Aetna, Inc.** – 151 Farmington Avenue, Hartford, CT 06156

- **The Cigna Group** – 900 Cottage Grove Road, Broomfield, CT 06002a

- **UnitedHealth Group, Inc.** – 9900 Bren Road East, Minnetonka, MN 55343

- **United Medical Resources Inc.** – 115 W. Wausau Avenue, Wausau, WI 54401

- **Elevance Health, Inc. f/k/a Anthem, Inc.** – 220 Virginia Avenue, Indianapolis, IN 46204

- **Anthem Blue Cross, Inc. f/k/a Empire Blue Cross** – 9 Pine Street, 14th Floor, New York, NY 10005