**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| ADVANCED SPINAL CARE & ASSOCIATES LLC D/B/A THE ADVANCED SPINE CENTER and JASON E. LOWENSTEIN MD, PLLC. <br><br> Plaintiffs, <br><br> v. <br><br> MULTIPLAN CORP., MULTIPLAN, INC., VIANT, INC., VIANT PAYMENT SYSTEMS, INC., NATIONAL CARE NETWORK, LP, NATIONAL CARE NETWORK, LLC, MEDICAL AUDIT & REVIEW SOLUTIONS, INC., AETNA, INC., THE CIGNA GROUP, UNITEDHEALTH GROUP, INC., UNITED MEDICAL RESOURCES INC, ELEVANCE HEALTH, INC. F/K/A/ ANTHEM, INC., and ANTHEM BLUE CROSS, INC. F/K/A EMPIRE BLUE CROSS. <br><br> Defendants. | Civil Action No.: 1:24-cv-06795 <br><br> MDL 3121 |

## <u>ADVANCED SPINAL CARE & ASSOCIATES LLC AND JASON E. LOWENSTEIN MD, PLLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES</u>

Pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, Advanced Spinal Care & Associates LLC d/b/a The Advanced Spine Center ("Advanced Spinal") and Jason E. Lowenstein MD, PLLC ("Lowenstein") (collectively, "Advanced Spinal" or "Plaintiffs"), by and through their undersigned counsel, hereby state that Advanced Spinal has no parent company or affiliate, and that no publicly traded entity owns more than 10% of Advanced Spinal's stock.

Date: January 3, 2025

MCKOOL SMITH, P.C.

/s/ Jon Corey
Jon Corey
jcorey@mckoolsmith.com
1717 K Street NW, Suite 1000
Washington, D.C. 20006
T: (202) 370-8300
F: (202) 370-8344

David Schiefelbein
dschiefelbein@mckoolsmith.com
Hal M. Shimkoski
hsimkoski@mckoolsmith.com
1301 Avenue of the Americas, 32nd Floor
New York, New York 10001
T: (212) 402-6400
F: (212) 402-9444

**Attorneys for Plaintiffs**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2025, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

/s/ Jon Corey
Jon Corey